# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>HALL, JANET C. | 2. Court or Organization<br><br>U.S. District Court (D.CT) | 3. Date of Report<br><br>5/7/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination. Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 10:41

Hall, Janet C.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 4/30 | New York, New York | FBC Law Day Event | Dinner |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. Education | Student Loan | L |
| 2. | Citizens Bank | Line of Credit | M |
| 3. | Citizens Bank | Student Loan | L |
| 4. | Sallie Mae | Student Loan | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. State of Israel Bond - Exp. 1/01/13 | B | Interest | K | T | | | | | |
| 2. Templeton Dragon Fund | A | Dividend | K | T | | | | | |
| 3. Templeton Global Small Cos Growth Fd Cl 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 4. Mutual Quest Fund (Note) | C | Dividend | M | T | | | | | |
| 5. Chartlinks, L.P. | | None | J | W | | | | | |
| 6. Strips-tprp Pmt on 10.625 2015 T/Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 7. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | J | T | | | | | |
| 8. Vanguard Windsor II Fund | B | Dividend | M | T | Buy | 06/12/09 | J | | |
| 9. | | | | | Buy (add'l) | 11/6/09 | K | | |
| 10. Mutual Discovery Fund CL2 | A | Dividend | K | T | | | | | |
| 11. [           ] P.C. (Note) | | None | M | W | | | | | |
| 12. Partnership Interest in Whitney-Humphrey Assc. (Note) | A | Distribution | L | W | | | | | |
| 13. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 14. MetLife Ins. Co. of CT (universal life)(Note) | B | Interest | K | T | | | | | |
| 15. AXA Equitable Life Ins. Co. (life policy) (Note) | C | Interest | L | T | | | | | |
| 16. Columbia Value Rest. Fund | A | Dividend | J | T | Sold (part) | 03/3/09 | L | | |
| 17. Royce Total Return Fund | | None | | | Sold | 03/3/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. · | 5/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab US Treas Money Fund | A | Interest | K | T | Sold (part) | 09/30/09 | K | | |
| 19. Sound Shore Fund | A | Dividend | M | T | Buy | 09/11/09 | J | | |
| 20. Thornburg Value Fund CL.A | A | Dividend | M | T | Buy | 06/12/09 | J | | |
| 21. | | | | | Buy | 6/22/09 | J | | |
| 22. Westport Select Cap.CL.R | C | Dividend | N | T | Buy | 5/12/09 | K | | |
| 23. | | | | | Buy | 6/12/09 | J | | |
| 24. | | | | | Buy | 6/22/09 | J | | |
| 25. | | | | | Buy | 9/11/09 | J | | |
| 26. Schwab Value Advantage Money Fund | A | Dividend | J | T | Sold (part) | 5/11/09 | K | | |
| 27. | | | | | Buy | 5/11/09 | L | | |
| 28. | | | | | Sold (part) | 5/12/09 | M | | |
| 29. | | | | | Sold (part) | 5/20/09 | L | | |
| 30. | | | | | Sold (part) | 5/22/09 | M | | |
| 31. | | | | | Buy | 06/02/09 | L | | |
| 32. | | | | | Sold (part) | 6/4/09 | K | | |
| 33. | | | | | Sold (part) | 08/26/09 | L | | |
| 34. | | | | | Sold (part) | 11/06/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Oakmark Select Fund | | None | | | Sold | 3/3/09 | J | | |
| 36. Wells Fargo Adv S/C Value Z | | None | | | Sold | 03/03/09 | K | | |
| 37. Citizens Bank | A | Interest | L | T | | | | | |
| 38. Muhlenkamp Fund | A | Dividend | L | T | | | | | |
| 39. AMR Corp. | | None | J | T | | | | | |
| 40. Artisan Int'l Small Cap | B | Dividend | M | T | | | | | |
| 41. Calamos Growth Fund - A | | None | M | T | Sold (part) | 3/3/09 | K | | |
| 42. | | | | | Buy | 11/06/09 | K | | |
| 43. Third Ave. Real Est. Value Fund | A | Dividend | J | T | | | | | |
| 44. Third Ave. International Value Fund | A | Dividend | K | T | | | | | |
| 45. Buffalo Sm. Cap Fund | A | Dividend | J | T | Sold (part) | 3/3/09 | K | | |
| 46. T. Rowe Price MidCap Growth | A | Dividend | J | T | | | | | |
| 47. T. Rowe Price Cap.App.Fund | C | Dividend | M | T | | | | | |
| 48. Marsico Growth Fund | A | Dividend | M | T | | | | | |
| 49. iShare MSCI Canada Index Fund (Note) | A | Dividend | K | T | Sold (part) | 03/03/09 | J | | |
| 50. Fidelity Cash Acct. | A | Interest | L | T | | | | | |
| 51. Bank of America | A | Interest | J | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Vanguard Int'l. Growth Fund | | None | | | Sold | 03/03/09 | K | | |
| 53. Schwab Bank | A | Interest | J | T | | | | | |
| 54. Davis NY Venture Fd - A | A | Dividend | M | T | Buy | 9/11/09 | J | | |
| 55. Artisan Mid-Cap Value FD | B | Dividend | M | T | Buy | 06/01/09 | K | | |
| 56. | | | | | Buy | 6/12/09 | K | | |
| 57. Dodge & Cox Int'l. Stock | A | Dividend | M | T | | | | | |
| 58. Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 59. Wells Fargo Adv. Small/Mid-Cap Value Fund | A | Dividend | M | T | | | | | |
| 60. Storage Inn Ltd. | | None | L | W | | | | | |
| 61. Arcadia Wind Farms Energies Ltd | | None | L | W | | | | | |
| 62. Limited Partner, Cummings Drive Family L.P. | B | Dividend | L | T | | | | | |
| 63. Marisco International | | None | | | Sold | 3/3/09 | K | | |
| 64. Marisco International | A | Dividend | L | T | Buy | 6/3/09 | K | | |
| 65. iShares INC MSCI EMU Index Fund | | None | J | T | | | | | |
| 66. Plug Power Inc. | | None | J | T | | | | | |
| 67. T. Rowe Price Group A | A | Dividend | J | T | | | | | |
| 68. Buffalo Mid-Cap | | None | J | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Pax World Balance Fund | A | Dividend | J | T | | | | | |
| 70. BlackRock Global | | None | | | Sold | 03/03/09 | K | | |
| 71. Morgan Stanley Bank CD | B | Interest | | | Redeemed | 05/28/09 | L | | |
| 72. Marisco Focus Fund | A | Dividend | L | T | Buy | 6/3/09 | K | | |
| 73. Fairholme Fund | A | Dividend | J | T | Buy | 06/05/09 | J | | |
| 74. Intrepid Small Cap Fund | D | Dividend | L | T | Buy | 5/8/09 | K | | |
| 75. | | | | | Buy<br>(add'l) | 06/01/09 | K | | |
| 76. Matthews Asia Pacific | A | Dividend | L | T | Buy | 8/26/09 | K | | |
| 77. Schwab S&P 500 Index Fund | B | Dividend | L | T | Buy | 5/8/09 | L | | |
| 78. Schwab EFTS Int'l Equity ETF | A | Dividend | K | T | Buy | 11/6/09 | K | | |
| 79. Schwab ETFS - US Large Cap ETF | A | Dividend | K | T | Buy | 11/6/09 | K | | |
| 80. Petrobank Energy & Res LTDF | | None | K | T | Buy | 11/10/09 | K | | |
| 81. iShares TR Russell 3000 | B | Dividend | M | T | Buy | 5/20/09 | J | | |
| 82. | | | | | Buy | 07/21/09 | L | | |
| 83. | | | | | Buy | 8/25/09 | L | | |
| 84. | | | | | Sold<br>(part) | 11/5/09 | K | D | |
| 85. Schwab Total Market | A | Dividend | K | T | Buy | 5/11/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Conoco Philips | A | Dividend | K | T | Buy | 5/8/09 | K | | |
| 87. Greenspring Fund | B | Dividend | K | T | Buy | 5/11/09 | K | | |
| 88. Nicholas II Fund | A | Dividend | K | T | Buy | 5/12/09 | K | | |
| 89. Nicholas Ltd Edition Fund | A | Dividend | K | T | Buy | 5/12/09 | K | | |
| 90. Schwab Investor Money Fund | A | Dividend | J | T | Buy | 1/20/09 | L | | |
| 91. | | | | | Sold (part) | 5/11/09 | K | | |
| 92. Schwab Advantage Cash (Note) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part VII:

Lines 4: Name Change: Mutual Qualified Fund renamed Mutual Quest Fund

Line 11: Passive income from sub-chapter S corporation.

Line 12: The appraisal date is 4/2008.

Line 14: At some point, this policy was assigned by Travelers to MetLife.

Line 15: In April, 2009, I transferred the cash value of the Crown Life Policy to a new policy with Axa.

Line 49: In the 2008 Report, this investment was reported sold. However, the sale was only a partial sale.

Line 92: This is one of many Schwab Money Market Funds held. It was opened before 1/1/09, but overlooked last year.

Line 48: (2008 Report): The partial sale on 11/24/08 disposed of all of this fund

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C. | 5/7/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WIL                                                                 IL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544